UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JOSEPH LUMPKIN,

                Plaintiff,

    v.

DICROSE et al,

                Defendants.

CASE NO. 2:21-cv-00032-JLR-JRC

REPORT AND RECOMMENDATION

NOTED FOR: March 26, 2021

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge. Before the Court is plaintiff's motion to dismiss case/drop lawsuits ("motion"). Dkt. 6.

On January 11, 2021, Plaintiff filed a proposed civil rights complaint. Dkt. 1. After receiving notice that his filing was deficient, plaintiff filed an application to proceed *in forma pauperis* ("IFP") on January 22, 2021. Dkt. 4; *see docket entry* dated February 1, 2021 terminating IFP deficiency letter as plaintiff is no longer in custody. On January 26, 2021, plaintiff filed the motion. Dkt. 6. Plaintiff seeks to "drop" this lawsuit, which the Court interprets as a motion for voluntary dismissal. *See id.*

REPORT AND RECOMMENDATION - 1

1 | Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by the
2 | plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or
3 | summary judgment motion and the plaintiff has not previously dismissed an action "based on or
4 | including the same claim." Fed. R. Civ. P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688,
5 | 692 (9th Cir. 1997). Here, the Court has not granted plaintiff's application to proceed IFP or
6 | served plaintiff's complaint. As a result, defendants have not responded, and plaintiff may
7 | voluntarily dismiss his action. Therefore, the Court recommends that plaintiff's motion be
8 | granted, and this action be dismissed without prejudice. The Court further recommends that
9 | plaintiff's application to proceed IFP (Dkt. 4) be denied as moot.
10 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
11 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
12 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
13 | review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
14 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
15 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
16 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **March 26,**
17 | **2021** as noted in the caption.
18 | Dated this 1st day of March, 2021.

J. Richard Creatura
United States Magistrate Judge