UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT JOSEPH LUMPKIN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DICROSE, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C21-0032JLR-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the court is United States Magistrate Judge J. Richard Creatura's report and recommendation ("R&R") recommending that the court dismiss *pro se* Plaintiff Robert Joseph Lumpkin's 42 U.S.C. § 1983 complaint without prejudice.  (R&R (Dkt. # 19).) Magistrate Judge Creatura recommends dismissal because Mr. Lumpkin has failed to comply with or respond to the court's orders and notices directing him to either correct deficiencies in his application to proceed *in forma pauperis* ("IFP") or pay the filing fee for this matter.  (*Id.* at 2; *see* 4/1/21 Order (Dkt. # 12); 4/1/21 Notice (Dkt. # 14); 5/18/21

ORDER - 1

Notice (Dkt. # 18).)  Mr. Lumpkin has not filed objections to Magistrate Judge Creatura's R&R.  (*See generally* Dkt.)

Having reviewed the R&R, the record, and the applicable law, the court ADOPTS the R&R (Dkt. # 19) and DISMISSES this action without prejudice.

Dated this 26th day of July, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2